THE STATE OF KANSAS v. C. H. PUFFER AND E. F. PUFFER.

No. 13,457.   ( 73 Pac. 1132.)

Appeal from Coffey district court; DENNIS MADDEN, judge.   Opinion filed July 10, 1903.   Affirmed. ·

*Henry E. Ganse,* county attorney, for The State. '
*Joe Rolston,* for appellants.

*Per Curiam:* Nearly all of the assignments of error urged in this case by the 'appellants were considered and decided in the case of *The State v. Davis,* ante, page 545, 73 Pac. 87.   We find no abuse of discretion on the part of the trial court in the questions asked by it of the witnesses.   There was no error in the instructions given or refused.

The judgment will be affirmed.